UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CARLWYNN J. TURNER

VERSUS

N. BURL CAIN, ET ALL

CIVIL ACTION

NO. 12-598-JJB-SCR

## RULING ON REPORT AND RECOMMENDATION

The court has carefully considered the record, the law applicable to this action, and the Report and Recommendation of the United States Magistrate Judge Stephen C. Riedlinger, dated November 4, 2013 (doc. 55). The court has further considered the objection filed by the plaintiff (doc. 56).

The court finds the magistrate judge has correctly cited and applied the law. The court finds no abuse of discretion in the magistrate judge's application of the requirements for summary judgment. The plaintiff failed to demonstrate a violation of his constitutional rights. The court hereby approves and adopts the Report and Recommendation of the magistrate judge. Accordingly, the Motion for Summary Judgment filed by defendant Cain is GRANTED.

Baton Rouge, Louisiana, February 18, 2014.

JAMES J. BRADY, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA